IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BEN R. WOODS, SR.,

Appellant,

v.

VENTURES TRUST 2013-I-NH
BY MCM CAPITAL
PARTNERS, LLC, ITS
TRUSTEE,

Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2650

_____/

Opinion filed August 9, 2017.

An appeal from the Circuit Court for Duval County.
Charles O. Mitchell, Jr., Judge.

Brian Korte and Scott J. Wortman of Korte & Wortman, P.A., West Palm Beach, for
Appellant.

Jason R. Hawkins of South Milhausen, P.A., Orlando, for Appellee.

PER CURIAM.

AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.